IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTALIN MENDOZA NOLASCO,

    Petitioner,                    No. CIV S-03-0572 FCD CMK P

    vs.

DAVID L. RUNNELS, Warden, et al.,

    Respondents.

_____/    ORDER

    On March 8, 2006, the court filed findings and recommendations recommending that petitioner's application for a writ of habeas corpus be denied. The parties were granted ten days to file objections to the findings and recommendations—until, and including, March 20, 2006. On March 28, 2006 the district judge issued an order adopting the March 8, 2006 findings and recommendations in full. Also on March 8, 2006, petitioner's counsel filed a motion for an extension of time to object to the findings and recommendations. Petitioner's request for an extension of time is both moot and untimely.

///

///

///

///

1  Accordingly, IT IS ORDERED THAT petitioner's request for an extension of
2  time to object to the findings and recommendations (doc. 44) is denied as moot and untimely.

4  DATED: April 5, 2006.

```
                              Craig M. Kellison
                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26